Wirfel v Koneru (2025 NY Slip Op 00529)

Wirfel v Koneru

2025 NY Slip Op 00529

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, OGDEN, NOWAK, AND HANNAH, JJ.

82 CA 23-02058

[*1]ZAKORY WIRFEL, AS ADMINISTRATOR OF THE ESTATE OF DANIEL T. WIRFEL, DECEASED, PLAINTIFF-RESPONDENT,
v
LAKSHMANA RAO KONERU, M.D., ET AL., DEFENDANTS, NAVEED SHAHID, M.D., COGENT MEDICAL CARE, P.C., ENDION HOSPITALIST NORTH, P.C., ENDION HOSPITALIST OF WESTERN NEW YORK, P.C., AND SOUND PHYSICIANS OF NEW YORK, PLLC, DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 

THE TARANTINO LAW FIRM LLP, BUFFALO (TAMSIN J. HAGER OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered October 31, 2023. The order, insofar as appealed from, denied in part the motion of defendants Naveed Shahid, M.D., Cogent Medical Care, P.C., Endion Hospitalist North, P.C., Endion Hospitalist of Western New York, P.C., and Sound Physicians of New York, PLLC, for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court